UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., <br> Plaintiff, <br> v. <br><br> JOHN M. O'QUINN & ASSOCIATES, L.L.P. d/b/a THE O'QUINN LAW FIRM, <br> Defendant. | § § § § § § § § § | Civil Action No. 1:11-cv-02730 (LLS) |

**DEFENDANT JOHN M. O'QUINN & ASSOCIATES, PLLC'S
NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

PLEASE TAKE NOTICE that pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and upon the accompanying memorandum of law, and the Affidavits of Christian A. Steed and Evan Mandel, Defendant John M. O'Quinn & Associates, PLLC d/b/a The O'Quinn Law Firm ("O'Quinn Law Firm") by and through its undersigned counsel, respectfully requests that all claims and causes of action in the above styled cause be dismissed with prejudice for failure to state a claim.  The O'Quinn Law Firm also requests any other, further, or alternative relief to which it may be legally or equitably entitled.

DATED:  June 28, 2011

                                            Respectfully submitted,

                                            MANDEL BHANDARI LLP

                                            By: /s/ Evan Mandel
                                                  Evan Mandel
                                                  11 Broadway, Suite 615
                                                  New York, New York 10004
                                                  Telephone: (212) 269-5600
                                                  Facsimile:  (646) 964-6667

                                                  *Attorneys for Defendant*
                                                  *John M. O'Quinn & Associates, PLLC*
                                                  *d/b/a The O'Quinn Law Firm*

Of Counsel:

Kenneth R. Breitbeil
Norma N. Bennett
MCFALL, BREITBEIL & SMITH, P.C.
1250 Four Houston Center
1331 Lamar Street
Houston, Texas 77010-3027
Telephone:  (713) 590-9300
Facsimile:   (713) 590-9399

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 28th day of June, 2011, as follows:

Mr. Alan M. Pollack                                                                              *Via ECF*
ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022


                                                                              /s/ Evan Mandel
                                                                              Evan Mandel